**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MARY GOODMAN**                                                                                        **PLAINTIFF**

V.                                      **NO. 2:10CV00071 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                     **DEFENDANT**

## JUDGMENT

Mary Goodman's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 5th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE